Joel E. Tasca, Esq.
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
colesm@ballardspahr.com

*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOY HOLM, | CASE NO.  2:23-cv-00440-ART-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC; CLARITY SERVICES, INC.; WELLS FARGO & COMPANY d/b/a WELLS FARGO HOME PROJECTS, | **(First Request)** |
| Defendants. | |

The current deadline for Defendant Wells Fargo Bank, N.A. to respond to Plaintiff Joy Holm's complaint is April 19, 2023.  Defendant has requested, and Plaintiff has agreed, that Wells Fargo shall have up to and including May 19, 2023, to respond to Plaintiff's complaint, to provide time for Wells Fargo to investigate Plaintiff's allegations and for the parties to discuss a potential early resolution of claims asserted against Wells Fargo.

This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

///

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
702.471.7000 FAX 702.471.7070

Dated:  April 17, 2023

BALLARD SPAHR LLP                          FREEDOM LAW FIRM, LLC


By:  /s/ Madeleine Coles                   By:  /s/  Gerardo Avalos
Joel E. Tasca, Esq.                        Gerardo Avalos, Esq.
Nevada Bar No. 14124                       Nevada Bar No. 15171
Madeleine Coles, Esq.                      George Haines, Esq.
Nevada Bar No. 16216                       Nevada Bar No. 9411
1980 Festival Plaza Drive, Suite 900       8985 South Eastern Ave., Suite 350
Las Vegas, Nevada 89135                    Las Vegas, Nevada 89123

*Attorneys for Defendant,*                 *Attorneys for Plaintiff,*
*Wells Fargo Bank, N.A.*                   *Joy Holm*


**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE


DATED:  April 17, 2023

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
702.471.7000 FAX 702.471.7070

DMFIRM #407493461 v1

2