```
GIA N. MARINA
Nevada Bar No. 15276
CLARK HILL PLLC
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
```
*Attorney for Defendant*
*Equifax Information Services LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOY HOLM, | Case No. 2:23-cv-00440-ART-EJY |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| EQUIFAX INFORMATION SERVICES, LLC; CLARITY SERVICES, INC.; WELLS FARGO & COMPANY dba WELLS FARGO HOME PROJECTS, | |
| | **FIRST REQUEST** |
| Defendants. | |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from April 19, 2023 through and including **May 19, 2023**. The request was made by Equifax so that it can have an opportunity to

//

//

//

//

//

1  collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff
2  approves.  This stipulation is filed in good faith and not intended to cause delay.
3        Respectfully submitted, this 18th day of April, 2023.

| CLARK HILL PLLC | **_No opposition_** |
|---|---|
| By: /s/Gia N. Marina<br>Gia N. Marina<br>Nevada Bar No. 15276<br>1700 South Pavilion Center Drive, Suite 500<br>Las Vegas, Nevada  89135<br>Telephone:  (702) 862-8300<br>Facsimile:  (702) 778-9709<br>Email: gmarina@clarkhill.com<br>*Attorney for Defendant Equifax Information Services LLC* | /s/Gerardo Avalos<br>George Haines, Esq.<br>Nevada Bar No. 9411<br>Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>FREEDOM LAW GROUP<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>Phone: (702) 880-5554<br>Fax: (702) 385-5518<br>Email: ghaines@freedomlegalteam.com<br>Email: gavalos@freedomlegalteam.com<br>*Attorneys for Plaintiff* |

IT IS SO ORDERED:

_[signature]_
United States Magistrate Judge

DATED:  April 18, 2023

- 2 -